# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
BENNETT, ROBERT JOHN § Case No. 13-47265
BENNETT, JANICE BEA §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/10/2013 . The undersigned trustee was appointed on 12/10/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 31,886.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 85.56 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 4,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 27,800.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  10/27/2017  and the deadline for filing governmental claims was  10/27/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,538.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,538.60 , for a total compensation of $ 3,538.60 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.72 , for total expenses of $ 16.72 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2018                    By: /s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 13-47265 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 02/12/18 11:23:40 Desc Main
Doc 30 Filed 02/12/18 Entered 02/12/18 11:23:40
Document ASSET CASES Page 3 of 10

Page: 1

| Case No: | 13-47265 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | BENNETT, ROBERT JOHN | | | | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | BENNETT, JANICE BEA | | | | 341(a) Meeting Date: | 01/17/14 |
| For Period Ending: 02/05/18 | | | | | Claims Bar Date: | 10/27/17 |

Exhibit A

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 2213 N. Sunrise Dr. Round Lake Beach, IL | 119,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 65.00 | 0.00 | | 0.00 | FA |
|    cash | | | | | |
| 3. Financial Accounts | 1,200.00 | 0.00 | | 0.00 | FA |
|    checking account State Bank of the Lakes | | | | | |
| 4. Financial Accounts | 1,200.00 | 0.00 | | 0.00 | FA |
|    Savings State Bank of the Lakes | | | | | |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
|    Household goods & furniture 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | | | | | |
| 6. Household Goods | 200.00 | 0.00 | | 0.00 | FA |
|    RCA TV Round Lake beach | | | | | |
| 7. Books / Collectibles | 150.00 | 0.00 | | 0.00 | FA |
|    Books, music, art, 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | | | | | |
| 8. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
|    Clothing home | | | | | |
| 9. Furs and Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
|    Wedding rings (1/2 ctw. stone & gold bands) 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | | | | | |
| 10. Furs and Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
|    Gold ring w/ two 0.5 carat diamonds | | | | | |
| 11. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
|    Costume jewelry (made by joint debtor) | | | | | |
| 12. Firearms and Hobby Equipment | 50.00 | 0.00 | | 0.00 | FA |
|    Digital camera | | | | | |
| 13. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
|    25 year old spinet piano | | | | | |
| 14. Insurance Policies | 17,378.00 | 0.00 | | 0.00 | FA |

| Case No: | 13-47265 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN | **Exhibit A** |
|---|---|---|---|---|
| Case Name: | BENNETT, ROBERT JOHN | Date Filed (f) or Converted (c): | 12/10/13 (f) | |
| | BENNETT, JANICE BEA | 341(a) Meeting Date: | 01/17/14 | |
| | | Claims Bar Date: | 10/27/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Whole life insurance Aviva Life & Annuity Company Wife is beneficiary | | | | | |
| 15. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| TRS Pension | | | | | |
| 16. Equitable or Future Interests | 50,000.00 | 0.00 | | 31,886.00 | FA |
| Expected inheritance from father's estate (Estate of Robert O. Bennett) Estimated value is 1/3 of estate after lakehouse in WI sells (expected to list at $185,000 w/ lien of $19,000) House in Waukegan already sold, but no proceeds for estate | | | | | |
| 17. Vehicles | 3,200.00 | 0.00 | | 0.00 | FA |
| 2005 Ford Focus Hatchback 2213 N. Sunrise Drive Round Lake Beach, Il. 60073 | | | | | |
| 18. Vehicles | 3,000.00 | 0.00 | | 0.00 | FA |
| 2005 Ford Focus 4 door 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | | | | | |
| 19. Office Equipment | 300.00 | 0.00 | | 0.00 | FA |
| Dell xps ultra book, HP Pavillion G6, laptop, Hp PC 2213 N. Sunrise Drive, Round Lake Beach, Il. 60073 | | | | | |
| 20. Animals | 0.00 | 0.00 | | 0.00 | FA |
| cat home | | | | | |
| 21. Other Miscellaneous | 7,000.00 | 0.00 | | 0.00 | FA |
| Interment space Based on original price paid in 2006 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $207,743.00 | $0.00 | | $31,886.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM1

Ver: 20.00g

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-47265   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENNETT, ROBERT JOHN | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | BENNETT, JANICE BEA | 341(a) Meeting Date: | 01/17/14 |
| | | Claims Bar Date: | 10/27/17 |

TRUSTEE HAS DRAFTED HIS TFR, NFR AND RELATED DOCUMENTS - 1/11/2018. TRUSTEE PREPARING TFR, NFR AND RELATED DOCUMENTS - 11/21/17. TRUSTEE FILING MOTION FOR TURNOVER OF DISTRIBUTION FROM PROBATE ESTATE - 7/30/17. TRUSTEE RECEIVED DOCUMENTS REQUESTED FROM DEBTOR 6/20/17; TRUSTEE TO REVIEW - 6/28/17

AWAITING LIQUIDATION OF HOUSE IN PROBATE ESTATE 1/11/17.  ORDER ENTERED EMPLOYING COUNSEL ON BEHALF OF THE TRUSTEE ON 6/10/16 June 15, 2017, 12:06 pm

TRUSTEE IS STILL WAITING FOR DISTRIBUTION FROM THE DEBTOR'S FATHERS PROBATE ESTATE.  THE TRUSTEE WAS INFORMED THAT A HOUSE HAS TO BE SOLD AND STILL HASN'T - May 20, 2016. NO CHANGES - 01/20/16. TRUSTEE STILL WAITING FOR DISTRIBUTION - Oct. 31, 2015. NO DISTRIBUTION RECEIVED YET - July 30, 2015. NO CHANGE - April 30, 2015. TRUSTEE WAITING FOR DISTRIBUTION - Jan. 17, 2015.  TRUSTEE HAS REQUESTED INFORMATION REGARDING THE INHERITANCE THE DEBTORS ARE EXPECTING TO RECEIVE - March 31, 2014.  SAME - July 16, 2014.  INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 02/28/18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-47265 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BENNETT, ROBERT JOHN | Bank Name: | ASSOCIATED BANK |
|  | BENNETT, JANICE BEA | Account Number / CD #: | *******0420 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8605 | | |
| For Period Ending: | 02/05/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/17 | 16 | Estate of Robert O. Bennett | | 1129-000 | 31,866.00 | | 31,866.00 |
| 09/06/17 | 16 | Estate of Robert O. Bennett | Probate distribution | 1129-000 | 20.00 | | 31,886.00 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 31,847.78 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.34 | 31,800.44 |
| 11/30/17 | 300001 | ROBERT JOHN BENNETT | Payment of exemption | 8100-000 | | 4,000.00 | 27,800.44 |
| | | | Payment of exemption | | | | |

|  | COLUMN TOTALS | 31,886.00 | 4,085.56 | 27,800.44 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 31,886.00 | 4,085.56 | |
| | Less: Payments to Debtors | | 4,000.00 | |
| | Net | 31,886.00 | 85.56 | |

|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Checking Account (Non-Interest Earn - ********0420) | 31,886.00 | 85.56 | 27,800.44 |
| | | ---------------- | ---------------- | ---------------- |
| | | 31,886.00 | 85.56 | 27,800.44 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page 1

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: February 05, 2018

Case Number: 13-47265
Debtor Name: BENNETT, ROBERT JOHN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | COHEN & KROL<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $3,139.50 | $0.00 | $3,139.50 |
| 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,555.32 | $0.00 | $3,555.32 |
| 000001 070 7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,648.72 | $0.00 | $1,648.72 |
| 000002 070 7100-00 | Best Buy<br>PO Box 183195<br>Columbus, OH 43218 | Unsecured | | $1,609.31 | $0.00 | $1,609.31 |
| 000003 070 7100-00 | Citicard CBNA<br>701 E. 60th St. N<br>Sioux Falls, SD 57104 | Unsecured | | $2,502.00 | $0.00 | $2,502.00 |
| 000004 070 7100-00 | Citicard CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Unsecured | | $20,850.00 | $0.00 | $20,850.00 |
| 000005 070 7100-00 | GE Capital Retail Bank<br>950 Forrer Blvd<br>Kettering, OH 45420 | Unsecured | | $677.00 | $0.00 | $677.00 |
| | Case Totals: | | | $33,981.85 | $0.00 | $33,981.85 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

CREGISTR

Printed: 02/05/18 10:59 AM    Ver: 20.00g

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-47265
Case Name: BENNETT, ROBERT JOHN
   BENNETT, JANICE BEA
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 27,800.44

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 3,538.60 | $ 0.00 | $ 3,538.60 |
| Trustee Expenses: JOSEPH E. COHEN | $ 16.72 | $ 0.00 | $ 16.72 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,139.50 | $ 0.00 | $ 3,139.50 |

Total to be paid for chapter 7 administrative expenses $ 6,694.82
Remaining Balance $ 21,105.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,287.03  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  77.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 1,648.72 | $ 0.00 | $ 1,275.23 |
| 000002 | Best Buy<br>PO Box 183195<br>Columbus, OH 43218 | $ 1,609.31 | $ 0.00 | $ 1,244.75 |
| 000003 | Citicard CBNA<br>701 E. 60th St. N<br>Sioux Falls, SD 57104 | $ 2,502.00 | $ 0.00 | $ 1,935.21 |
| 000004 | Citicard CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | $ 20,850.00 | $ 0.00 | $ 16,126.79 |
| 000005 | GE Capital Retail Bank<br>950 Forrer Blvd<br>Kettering, OH 45420 | $ 677.00 | $ 0.00 | $ 523.64 |
| | Total to be paid to timely general unsecured creditors | | | $ 21,105.62 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE