IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT JOHN & JANICE BEA BENNETT** | ) | No. 13-47265 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on February 14, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                         BY:/s/ Joseph E. Cohen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-47265<br>Northern District of Illinois<br>Chicago<br>Wed Feb 14 08:31:02 CST 2018 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602-4600 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Bank of America<br>P.O Box 5170<br>Simi Valley, CA 93062-5170 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Citicard CBNA<br>701 E. 60th St. N<br>Sioux Falls, SD 57104-0432 | Citicard CBNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | GE Capital Retail Bank<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| Kohls<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Warren Cemetery<br>1475 N. Cemetery Rd.<br>Gurnee IL 60031-9162 | David P Leibowitz ESQ<br>Lakelaw<br>53 W. Jackson Boulevard<br>Suite 1115<br>Chicago, IL 60604-3566 |
| Janice Bea Bennett<br>2020 Greystem Circle<br>Gurnee, IL 60031-9356 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Robert John Bennett<br>2020 Greystem Circle<br>Gurnee, IL 60031-9356 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Best Buy
PO Box 183195
Columbus, OH 43218

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America N.A. | (du)Bank of America, N.A. | End of Label Matrix<br>Mailable recipients     15<br>Bypassed recipients      2<br>Total                    17 |