# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BENNETT, ROBERT JOHN | § | Case No. 13-47265 |
| BENNETT, JANICE BEA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 131,265.00                     Assets Exempt: 30,478.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,105.62      Claims Discharged
                                                  Without Payment:  33,369.72

Total Expenses of Administration:  6,780.38

3) Total gross receipts of $ 31,886.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00  (see **Exhibit 2**), yielded net receipts of $ 27,886.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 169,430.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,780.38 | 6,780.38 | 6,780.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,188.31 | 27,287.03 | 27,287.03 | 21,105.62 |
| **TOTAL DISBURSEMENTS** | $ 196,618.31 | $ 34,067.41 | $ 34,067.41 | $ 27,886.00 |

4) This case was originally filed under chapter 7 on  12/10/2013 .  The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/13/2018                    By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Equitable or Future Interests | 1129-000 | 31,886.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 31,886.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROBERT JOHN BENNETT | Exemptions | 8100-000 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O Box 5170 Simi Valley, CA 93062 | | 169,430.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 169,430.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 3,538.60 | 3,538.60 | 3,538.60 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 16.72 | 16.72 | 16.72 |
| ASSOCIATED BANK | 2600-000 | NA | 85.56 | 85.56 | 85.56 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,093.00 | 2,093.00 | 2,093.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 1,046.50 | 1,046.50 | 1,046.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,780.38 | $ 6,780.38 | $ 6,780.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy PO Box 183195 Columbus, OH 43218 | | 1,609.31 | NA | NA | 0.00 |
| | Citicard CBNA 701 E. 60th St. N Sioux Falls, SD 57104 | | 2,502.00 | NA | NA | 0.00 |
| | Citicard CBNA P.O. Box 6241 Sioux Falls, SD 57117 | | 20,850.00 | NA | NA | 0.00 |
| | GE Capital Retail Bank 950 Forrer Blvd Kettering, OH 45420 | | 677.00 | NA | NA | 0.00 |
| | Kohls PO Box 3115 Milwaukee, WI 53201 | | 1,550.00 | NA | NA | 0.00 |
| 000002 | BEST BUY | 7100-000 | NA | 1,609.31 | 1,609.31 | 1,244.75 |
| 000001 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,648.72 | 1,648.72 | 1,275.23 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CITICARD CBNA | 7100-000 | NA | 2,502.00 | 2,502.00 | 1,935.21 |
| 000004 | CITICARD CBNA | 7100-000 | NA | 20,850.00 | 20,850.00 | 16,126.79 |
| 000005 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 677.00 | 677.00 | 523.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 27,188.31 | $ 27,287.03 | $ 27,287.03 | $ 21,105.62 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-47265   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENNETT, ROBERT JOHN | | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | BENNETT, JANICE BEA | | 341(a) Meeting Date: | 01/17/14 |
| For Period Ending: | 08/13/18 | | Claims Bar Date: | 10/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence 2213 N. Sunrise Dr. Round Lake Beach, IL | 119,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash<br>cash | 65.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>checking account State Bank of the Lakes | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts<br>Savings State Bank of the Lakes | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>Household goods & furniture 2213 N Sunrise Dr, Round Lake Beach, IL<br>60073 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods<br>RCA TV Round Lake beach | 200.00 | 0.00 | | 0.00 | FA |
| 7. Books / Collectibles<br>Books, music, art, 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | 150.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel<br>Clothing home | 300.00 | 0.00 | | 0.00 | FA |
| 9. Furs and Jewelry<br>Wedding rings (1/2 ctw. stone & gold bands) 2213 N Sunrise Dr, Round<br>Lake Beach, IL 60073 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Furs and Jewelry<br>Gold ring w/ two 0.5 carat diamonds | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Furs and Jewelry<br>Costume jewelry (made by joint debtor) | 100.00 | 0.00 | | 0.00 | FA |
| 12. Firearms and Hobby Equipment<br>Digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 13. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No: | 13-47265    ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | BENNETT, ROBERT JOHN |
| | BENNETT, JANICE BEA |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 12/10/13 (f) |
| 341(a) Meeting Date: | 01/17/14 |
| Claims Bar Date: | 10/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25 year old spinet piano | | | | | |
| 14. Insurance Policies | 17,378.00 | 0.00 | | 0.00 | FA |
| Whole life insurance Aviva Life & Annuity Company Wife is beneficiary | | | | | |
| 15. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| TRS Pension | | | | | |
| 16. Equitable or Future Interests | 50,000.00 | 0.00 | | 31,886.00 | FA |
| Expected inheritance from father's estate (Estate of Robert O. Bennett) Estimated value is 1/3 of estate after lakehouse in WI sells (expected to list at $185,000 w/ lien of $19,000) House in Waukegan already sold, but no proceeds for estate | | | | | |
| 17. Vehicles | 3,200.00 | 0.00 | | 0.00 | FA |
| 2005 Ford Focus Hatchback 2213 N. Sunrise Drive Round Lake Beach, Il. 60073 | | | | | |
| 18. Vehicles | 3,000.00 | 0.00 | | 0.00 | FA |
| 2005 Ford Focus 4 door 2213 N Sunrise Dr, Round Lake Beach, IL 60073 | | | | | |
| 19. Office Equipment | 300.00 | 0.00 | | 0.00 | FA |
| Dell xps ultra book,  HP Pavillion G6, laptop, Hp PC 2213 N. Sunrise Drive, Round Lake Beach, Il. 60073 | | | | | |
| 20. Animals | 0.00 | 0.00 | | 0.00 | FA |
| cat home | | | | | |
| 21. Other Miscellaneous | 7,000.00 | 0.00 | | 0.00 | FA |
| Interment space Based on original price paid in 2006 | | | | | |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $207,743.00 | $0.00 | $31,886.00 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No:   13-47265   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name:   BENNETT, ROBERT JOHN | Date Filed (f) or Converted (c):   12/10/13 (f) |
| BENNETT, JANICE BEA | 341(a) Meeting Date:   01/17/14 |
| | Claims Bar Date:   10/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS DRAFTED HIS TFR, NFR AND RELATED DOCUMENTS - 1/11/2018. TRUSTEE PREPARING TFR, NFR AND RELATED  DOCUMENTS - 11/21/17. TRUSTEE FILING MOTION FOR TURNOVER OF DISTRIBUTION FROM PROBATE ESTATE - 7/30/17. TRUSTEE RECEIVED DOCUMENTS REQUESTED FROM DEBTOR 6/20/17; TRUSTEE TO REVIEW - 6/28/17

AWAITING LIQUIDATION OF HOUSE IN PROBATE ESTATE 1/11/17.  ORDER ENTERED EMPLOYING COUNSEL ON BEHALF OF THE TRUSTEE ON 6/10/16 June 15, 2017, 12:06 pm

TRUSTEE IS STILL WAITING FOR DISTRIBUTION FROM THE DEBTOR'S FATHERS PROBATE ESTATE.  THE TRUSTEE WAS INFORMED THAT A HOUSE HAS TO BE SOLD AND STILL HASN'T - May 20, 2016. NO CHANGES - 01/20/16. TRUSTEE STILL WAITING FOR DISTRIBUTION - Oct. 31, 2015. NO DISTRIBUTION RECEIVED YET - July 30, 2015. NO CHANGE - April 30, 2015. TRUSTEE WAITING FOR DISTRIBUTION - Jan. 17, 2015.  TRUSTEE HAS REQUESTED INFORMATION REGARDING THE INHERITANCE THE DEBTORS ARE EXPECTING TO RECEIVE - March 31, 2014.  SAME - July 16, 2014.   INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 02/28/18

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-47265 -ABG |
| Case Name: | BENNETT, ROBERT JOHN |
| | BENNETT, JANICE BEA |
| Taxpayer ID No: | *******8605 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0420 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/17 | 16 | Estate of Robert O. Bennett | | 1129-000 | 31,866.00 | | 31,866.00 |
| 09/06/17 | 16 | Estate of Robert O. Bennett | Probate distribution | 1129-000 | 20.00 | | 31,886.00 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 31,847.78 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.34 | 31,800.44 |
| 11/30/17 | 300001 | ROBERT JOHN BENNETT | Payment of exemption | 8100-000 | | 4,000.00 | 27,800.44 |
| | | | Payment of exemption | | | | |
| 03/09/18 | 300002 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 3,555.32 | 24,245.12 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees     3,538.60 | 2100-000 | | | |
| | | | Expenses    16.72 | 2200-000 | | | |
| 03/09/18 | 300003 | COHEN & KROL | Attorney fees | 3110-000 | | 2,093.00 | 22,152.12 |
| | | 105 West Madison St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/09/18 | 300004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,046.50 | 21,105.62 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 03/09/18 | 300005 | Capital One, N.A. | Claim 000001, Payment 77.34667% | 7100-000 | | 1,275.23 | 19,830.39 |
| | | c/o Becket and Lee LLP | | | | | |
| | | PO Box 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 03/09/18 | 300006 | Best Buy | Claim 000002, Payment 77.34681% | 7100-000 | | 1,244.75 | 18,585.64 |
| | | PO Box 183195 | (2-1) Credit Card Bill | | | | |
| | | Columbus, OH 43218 | | | | | |
| 03/09/18 | 300007 | Citicard CBNA | Claim 000003, Payment 77.34652% | 7100-000 | | 1,935.21 | 16,650.43 |
| | | 701 E. 60th St. N | (3-1) Credit Card Debt | | | | |
| | | Sioux Falls, SD 57104 | | | | | |
| 03/09/18 | 300008 | Citicard CBNA | Claim 000004, Payment 77.34671% | 7100-000 | | 16,126.79 | 523.64 |

Page Subtotals    31,886.00    31,362.36

Ver: 20.00j

FOR M24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

Case No:          13-47265  -ABG
Case Name:        BENNETT, ROBERT JOHN
                  BENNETT, JANICE BEA
Taxpayer ID No:   *******8605
For Period Ending: 08/13/18

Trustee Name:        JOSEPH E. COHEN
Bank Name:           ASSOCIATED BANK
Account Number / CD #:  *******0420  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/18 | 300009 | P.O. Box 6241<br>Sioux Falls, SD 57117<br>GE Capital Retail Bank<br>950 Forrer Blvd<br>Kettering, OH 45420 | (4-1) Credit Card Debt<br><br>Claim 000005, Payment 77.34712%<br>(5-1) Credit Card Debt | 7100-000 | | 523.64 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 31,886.00 | 31,886.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 31,886.00 | 31,886.00 | |
| Less:  Payments to Debtors | | 4,000.00 | |
| Net | 31,886.00 | 27,886.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0420 | 31,886.00 | 27,886.00 | 0.00 |
| | 31,886.00 | 27,886.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          523.64

Ver: 20.00j